UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
PETER KLIDERIS, on behalf of himself
and all other persons similarly situated

            -V-

TRATTORIA EL GRECO and
JOHN DOES 1-10
-------------------------------------------------X

<u>ORDER</u>
CV10-4288 (JBW)

No objection has been filed to the Magistrate Judge's recommendation of entry of default judgment. Enter judgment. The Magistrate Judge is respectfully request to conduct the inquest.

So Ordered:

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED:1/27/12

