UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
PETER KLIDERIS, on behalf of himself
and all other persons similarly situated

       -V-

TRATTORIA EL GRECO and
JOHN DOES 1-10
------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JAN 3 0 2012  ★

**BROOKLYN OFFICE**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.

★  JAN 3 0 2012  ★

BROOKLYN OFFICE

ORDER
CV10-4288 (JBW)

      No objection has been filed to the Magistrate Judge's recommendation of entry of

default judgment. Enter judgment. The Magistrate Judge is respectfully request to conduct the

inquest.

So Ordered:

_____

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 1/27/12

